# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

| | |
|---|---|
| **Abdul K. Hassan, Esq.** | Tel: 718-740-1000 |
| Email: abdul@abdulhassan.com | Fax: 718-740-2000 |
| *Employment and Labor Lawyer* | Web: www.abdulhassan.com |

**March 26, 2021**

**Via First Class Mail**

Mr. Joshua Marcus, Esq.
Franklin Gringer & Cohen P.C.
666 Old Country Road, Suite 202
Garden City New York 11530
Tel: 516-228-3131

<u>Re: Rodriguez v. A.C.A. Industries, Inc.</u>
Case No.  20-CV-05781 (DG)(AYS)
Opposing Papers – Motion to Dismiss

Dear Mr. Marcus:

My firm represents plaintiff Ravel Rodriguez ("Plaintiff"), in the above-referenced action. Enclosed, please find:

1) Plaintiff's opposing Memorandum of Law;
2) Plaintiff's declaration in opposition to Defendant's motion to dismiss with Exhibit 1.

Let me know if you have any questions.

Yours truly,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Hon. Judge Diane Gujarati, USDJ (w/o enclosures)**