UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAVEL RODRIGUEZ,

                Plaintiff,

-against-

A.C.A. INDUSTRIES, INC. d/b/a
American Maintenance,

                Defendant.

Index No.: 20 Civ. 5781 (DG)(AYS)

**AFFIRMATION**

        **JOSHUA MARCUS, ESQ.**, an attorney at law admitted to practice in the State of New York and a member of the bar of this Court, affirms the following subject to the penalties of perjury:

        1.     I am a partner in the law firm of Franklin, Gringer & Cohen, P.C., attorneys for Defendants in the above-referenced action.

        2.     This attorney's affirmation is made concerning Defendant's motion to dismiss Plaintiff's Complaint. I am personally familiar with the facts and circumstances set forth herein, and therefore make this affirmation in support of Defendant's motion to dismiss. The purpose of this affirmation is to identify the pleadings relevant to this action and to identify the materials for consideration in support of the motion.

        3.     Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiff's Complaint, dated November 30, 2020.

        4.     Attached hereto as Exhibit "B" is a true and accurate copy of the Mutual Agreement To Arbitrate Employment-Related Disputes referenced in Plaintiff's Complaint.

Dated: Garden City, New York
       March 2, 2021

                                              Respectfully submitted,

                              By:  /s_____
                                    Joshua Marcus, Esq.
                                    **FRANKLIN, GRINGER & COHEN, P.C.**
                                    *Attorneys For Defendant*
                                    666 Old Country Road, Suite 202
                                    Garden City, NY 11530-2013
                                    (516) 228-3131

TO:    Abdul Hassan, Esq.
        **ABDUL HASSAN LAW GROUP, PLLC**
        *Attorneys for Plaintiff*
        215-28 Hillside Avenue
        Queens Village, NY 11427
        (718) 740-1000
        abdul@abdulhassan.com