**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ravel Rodriguez,<br><br>       Plaintiff,<br><br>-v-<br><br>A.C.A. Industries, Inc.,<br>d/b/a American Maintenance,<br><br>       Defendant. | Civ. Action #: 20-CV-05781 (DG)(AYS)<br><br>**Plaintiff's Declaration in Opposition to Defendant's Motion to Dismiss** |

I, Ravel Rodriguez, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following declaration is true and correct to the best of my understanding and knowledge:

1. I am the Plaintiff Ravel Rodriguez ("Plaintiff" or "Rodriguez") in the above-entitled action.

2. I make this declaration in opposition to the motion of Defendant A.C.A. Industries, Inc., d/b/a American Maintenance ("Defendant"), to dismiss my case.

3. I was employed by Defendants from in or around April 2018 to on or about October 30, 2020.

4. It is my understanding that I am not allowed to testify about the issues at this stage of the case, but I am submitting this declaration to verify and introduce the text messages attached hereto as Exhibit 1. The text messages attached hereto as Exhibit 1 are true and correct copies of text messages that were exchanged between me and Mr. Jose Ochoa between October 29, 2020 and October 30, 2020. Mr. Ochoa was a manager who worked for Defendant at the time I was employed by Defendant. My messages in Exhibit 1 have a blue background with white text and Mr. Ochoa's messages have a grey background with black text and reads "*I just spoke to my bosses. If you don't want to sign it you can't return to*

*work.*" The "document" that I am referring to in Exhibit 1 is the document that Defendant submitted as Exhibit B and which my attorney forwarded to me.

5. My attorney will be handling all the legal matters, arguments and points.

6. I kindly ask that the Court deny Defendant's motion to dismiss my case.

I declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing declaration is true and correct to the best of my understanding and knowledge.

Dated: _____3/26/2021_____

_____
Ravel Rodriguez (Plaintiff)

# Exhibit 1



